826

No. 77–1641.  GUISTO v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 77–1643.  HOULTIN v. UNITED STATES; and
No. 77–6728.  PHILLIPS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.  Reported below: 566 F. 2d 1027.

No. 77–1646.  JONES ET AL. v. FARMERS ALLIANCE MUTUAL INSURANCE Co.  C. A. 10th Cir.  Certiorari denied.

No. 77–1647.  McGIRR v. DIVISION OF VETERANS AFFAIRS, EXECUTIVE DEPARTMENT, STATE OF NEW YORK, ET AL.  Ct. App. N. Y.  Certiorari denied.

No. 77–1651.  YOUNGSTOWN CARTAGE Co. v. UNITED STATES ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 77–1655.  HOWELL v. THOMAS, SHERIFF.  C. A. 5th Cir.  Certiorari denied.

No. 77–1656.  BIANCONE v. PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 77–1657.  TEXAS EMPLOYERS' INSURANCE ASSN. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 77–1658.  CRICCHI v. NABER ET AL.  C. C. P. A.  Certiorari denied.

No. 77–1660.  ABLE CONTRACTORS, INC. v. MARSHALL, SECRETARY OF LABOR.  C. A. 9th Cir.  Certiorari denied.

No. 77–1661.  MARCH ET UX. v. ALLIS-CHALMERS CORP. ET AL.  C. A. 3d Cir.  Certiorari denied.